IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN EGAN,

    Plaintiff,                        2:17-cv-445

                                        **ELECTRONICALLY FILED**

    v.

LIVE NATION WORLDWIDE, INC.,

    Defendant.

Hearing Type:   Initial Case Management Conference

Date:   June 8, 2017

Before:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | R. Bruce Carlson; Gary Lynch |
| Counsel for Defendant | Gregory Hurleys |
| Court Reporter | Deborah Rowe |
| Law Clerk | Jacqueline Lash |
| Start time | 2:30 PM |
| End time | 2:58 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held this initial case management conference to discuss the factual and procedural background of the case.   A Case Management Order will issue.