history form the device(s) he used to access this web page and / or access to that information though cloud storage on the dates indicated in our motion where he conducted transactions with Live Nation / Ticketmaster. Defendant needs to take the depo of Mr. Egan. *[struck through]*

2. ~~Briefing Schedule~~ **ORDER**

The parties ~~propose~~ *shall use* the following briefing schedule to complete discovery and brief the motion to compel:*

1) Complete discovery by August 21, 2017 *as to Motion to Compel issues;*

2) Defendant to file motion to compel by September 4, 2017;

3) Plaintiff to file opposition to motion to compel by September 18, 2017; and

4) Defendant to file reply by September 25, 2017.

*All other pretrial proceedings are held in abeyance pending further Order, except as may be mutually agreed to and conducted by all parties.

So ORDERED:

*[signature]*
U.S.D.J
6/26/17