# Exhibit M



UNITED STATES Change

My Ticketmaster



### Rob Delaney
**Music Hall of Williamsburg**
Brooklyn, NY
Sat, May 12, 2012 08:00 PM

US $18.00

Event Info | Onsale Dates & Times | Please note
**Onsale Dates & Times**
Onsale to General Public
Fri. Feb 24 2012, 12:00 PM - Sat. May 12 2012, 05:00 PM
**Please Note**
18 AND OVER WITH ID

A limited amount of seating will be available on a first-come, first-serve basis when doors open at 8:00pm.

Search for tickets

Section: [ GEN ADM STANDING ROOM ▾ ]

View

Full Price Ticket - Ages 18 & Over With ID

[ 0 ▾ ] [ US $18.00 ▾ ]

There is a 4 ticket limit per household.

Find Tickets

Note Tickets may not be available in all price levels and sections. By clicking on the "Find Tickets" button, or otherwise using this web site, you agree to the Terms of Use. Please note we may cancel any ticket orders that exceed the published ticket limit.

REQUEST ACCESSIBLE TICKETS

Find tickets on full site

**Music Hall of Williamsburg**
66 North 6th St.
Brooklyn NY



Get Directions

**MORE EVENTS IN: ARTS & THEATER | MUSIC | COMEDY**

Full Site | Privacy Policy | Terms of Use | Call

© 1999-2012 Ticketmaster LLC. All rights reserved.