UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION WORLDWIDE, INC.,<br><br>Defendant. | Case No. 17-cv-445-MRH |

## DECLARATION OF JOHN EGAN

I, John Egan, hereby declare as follows:

1. I make this declaration based on my personal knowledge and information available to me.

2. I visited www.ticketmaster.com (the "Website") on March 28, 2017 and March 30, 2017, to purchase pre-sale tickets for a Counting Crows concert at Key Bank Pavilion.

3. I used an iPhone 5 to access the Website on March 28, 2017, and March 30, 2017.

4. On those dates, I first accessed the Counting Crows' Facebook page.

5. A true and correct copy of the Facebook page I saw is attached as Exhibit A.

6. I clicked the link on their page for the pre-sale and was taken to the Counting Crows website, where tour dates and locations were posted.

7. I clicked on the Key Bank Pavilion location and was taken to a page of the Website, where I attempted to purchase wheelchair accessible seating.

8. True and correct copies of the Website pages I saw on March 28, 2017 and March 30, 2017, are attached as Exhibits B and C.

9. Since the pages stated accessible seating was not "available at the moment," I could not move through the checkout process and purchase my tickets on those dates.

10. I do not recall purchasing tickets for a Madonna concert at CONSEL Energy Center (now PPG Paints Arena) on February 24, 2012.

11. I also am not a Madonna fan, so I would not have wanted to purchase tickets for any such concert.

12. Finally, I do not remember creating or signing into a Ticketmaster account for the Website.

Under the penalty of perjury, I declare that the above statements are true and correct to the best of my knowledge.

Executed October 18, 2017, at Pittsburgh, Pennsylvania.

*/s/ John Egan*
John Egan

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2017, a true and correct copy of DECLARATION OF JOHN EGAN was served upon all counsel of record via the Court's electronic filing system.

*/s/ R. Bruce Carlson*
R. Bruce Carlson