## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EGAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIVE NATION WORLDWIDE, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-445-MRH |

## **DECLARATION OF R. BRUCE CARLSON**

I, R. Bruce Carlson, hereby declare as follows:

1. I make this declaration based on my personal knowledge and information available to me.

2. On August 23, 2017, Defendant deposed John Egan, the Plaintiff in this case.

3. True and correct copies of the cited pages from the transcript of the Deposition of John Egan are attached hereto as Exhibit A.

4. On August 28, 2017, Plaintiff deposed David Han, Defendant's Fed. R. Civ. P. 30(b)(6) witness in this case.

5. True and correct copies of the cited pages from the transcript of the Deposition of David Han are attached hereto as Exhibit B.

Under the penalty of perjury, I declare that the above statements are true and correct to the best of my knowledge.

Executed October 18, 2017, at Pittsburgh, Pennsylvania

　　　　　　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　　　　　　R. Bruce Carlson

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2017, a true and correct copy of DECLARATION OF R. BRUCE CARLSON was served upon all counsel of record via the Court's electronic filing system.

                                                  */s/ R. Bruce Carlson*
                                                  R. Bruce Carlson