# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:17-cv-00445 |
| v. ) | |
| ) | **CASE PARTICIPANTS ONLY** |
| LIVE NATION WORLDWIDE, INC., ) | |
| ) | |
| Defendant. ) | |

## IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS

All telephonic proceedings will be held via one of the two (2) AT&T dial-in numbers listed below. Each Scheduling Order will list the date, time and Dial-in Number, either Dial-in No. 1 or Dial-in No. 2. Please read every Scheduling Order carefully to ascertain which Dial-in number will be used for that particular conference.

**Dial-in No. 1**
**Dial in phone number: 888-363-4749**
**Access Code: 2539689**

**Dial-in No. 2**
**Dial in phone number: 888-363-4749**
**Access Code: 4015739**

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge

Dated: November 16, 2018