UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION WORLDWIDE, INC.,<br><br>Defendant. | Case No. 2:17-cv-00445-MRH |

## STIPULATION OF DISMISSAL

Plaintiff John Egan ("Plaintiff") and Defendant Live Nation Worldwide, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED in its entirety with prejudice;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

AND NOW, this 13th day of November, 2019.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE